UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARLA HINE,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No.  2:16-cv-253-JCM-NJK<br><br>ORDER |

　　　　Presently before the court is the matter of *Hine v. Wells Fargo Bank, N.A. et al.* (case no. 2:16-cv-00253-JCM-NJK).

　　　　Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice . . . ."

　　　　Plaintiff filed the complaint on February 9, 2016.  (ECF No. 1).  Pursuant to Federal Rule of Civil Procedure 4(m), on July 11, 2016, the clerk of the court provided notice to plaintiff that the action would be dismissed as to all defendants if plaintiff did not file proof of service of process by August 10, 2016.  (ECF No. 7).

　　　　The court's docket reflects that, to date, plaintiff has failed to file proof of service on all defendants.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that *Hine v. Wells Fargo*
3  *Bank, N.A. et al.* (case no. 2:16-cv-00253-JCM-NJK) be, and the same hereby is, DISMISSED
4  without prejudice.

5  DATED August 30, 2016.

6  _____
7  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -